

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00554-CV

**COMPLEX REHAB TECHNOLOGIES, LLC**,
Appellant

v.

Tomas **MOLINA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23933
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's November 30, 2021 Order Denying Defendant Complex Rehab Technologies, LLC's Motion to Dismiss is AFFIRMED. We ORDER appellant to pay the costs of this appeal.

SIGNED August 10, 2022.

_____
Beth Watkins, Justice